UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HOLLY GIBSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:19-CV-3171-NAB |
| LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Proceed without Prepayment of Costs and Affidavit in Support Thereof. [Doc. 2.] Upon review of the financial affidavit, the Court has determined that Plaintiff is unable to pay the filing fee. *See* 28 U.S.C. § 1915. Consequently, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis is **GRANTED**. [Doc. 2.]

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the Complaint.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of January, 2020.