# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HOLLY GIBSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIFE INSURANCE COMPANY OF ) <br> AMERICA, ) <br> ) <br> Defendant. ) | Case No. 4:19-CV-3171-NAB |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Proceed without Prepayment of Costs and Affidavit in Support Thereof. [Doc. 2.] Upon review of the financial affidavit, the Court has determined that Plaintiff is unable to pay the filing fee. *See* 28 U.S.C. § 1915. Consequently, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis is **GRANTED**. [Doc. 2.]

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of January, 2020.